FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2005 ★

P.M. ____
TIME A.M. ____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTIN MELSON and RONALD TODD,

Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE OFFICER JAMES SUTTON, NEW YORK CITY POLICE CAPTAIN JOHN DOE #1, and NEW YORK CITY POLICE OFFICERS JOHN DOE #2-#4, and NEW YORK CITY POLICE SERGEANT JANE ROE #1,

Defendants.
----------------------------------------------------------------X

JUDGMENT
00-CV- 3211 (SJF)

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 12, 2005, granting the City's motion for summary judgment; denying plaintiffs' cross-motion; dismissing the complaint in its entirety as against the City and Doe defendants, without prejudice to plaintiffs seeking to pursue their remaining state law claims and discovery issues in state court within thirty (30) days from the date of this order; and advising plaintiffs that in light of their failure to move for a default judgment against Sutton, all claims against him will also be dismissed unless plaintiffs move for a default judgment within thirty days from the date of this order; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that City's motion for summary judgment is granted; that plaintiff's cross-motion is denied; that the complaint is dismissed in its entirety as against the City and Doe defendants, without prejudice to plaintiffs seeking to pursue their remaining state law claims and discovery issues in state court within thirty (30) days from the date of this order; and that plaintiffs are advised that in light of their failure to move for a default judgment against Sutton, all claims against him will also be dismissed unless plaintiffs move for a default judgment within thirty (30) days from the date of this order.

Dated: Brooklyn, New York
September 12, 2005

/S/
ROBERT C. HEINEMANN
Clerk of Court